**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SENVEST MASTER FUND, L.P. &
SENVEST TECHNOLOGY PARTNERS
MASTER FUND, L.P.,

                      Petitioners,

      -against-                                        25 **CIVIL** 01421 (RFT)

                                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                      Respondent.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2026, the Petition (ECF 1) is DENIED, and the Motion (ECF 16) is DENIED AS MOOT. Judgment entered in favor of Respondent. Accordingly the case is closed.

**Dated:** New York, New York

      March 8, 2026

                                            **TAMMI M. HELLWIG**

                                               **Clerk of Court**

                     **BY:**

                                                 **Deputy Clerk**